IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RICHARD BROTCHNER,

    Plaintiff,

VS.                                    NO. 04-2419-MaP

FEDERAL EXPRESS CORP.,

    Defendant.

## ORDER AMENDING SCHEDULE

Pursuant to plaintiff's August 4, 2005, motion to continue the trial and set new deadlines in this matter, the court held a status conference on September 2, 2005. Participating by telephone on behalf of the plaintiff was Victor Fleitas. Participating on behalf of the defendant was Jay Grytdahl. For good cause shown, the court grants the motion and amends the schedule as follows:

1. The deadline for completing all discovery is November 1, 2005.

2. The deadline for completing mediation is November 1, 2005.

3. The deadline for filing potentially dispositive motions is December 1, 2005.

4. The parties shall submit a proposed joint pretrial order by 5 p.m. on April 7, 2006.

5. A pretrial conference will be held on Friday, April 14,

      2006, at 1:30 p.m.

6.    The jury trial is **reset** to Monday, April 24, 2006, at 9:30 a.m. and is expected to take 4 days.

Absent good cause, the amended schedule set by this order will not be modified or extended.

So ORDERED this 27th day of September 2005.

                                    SAMUEL H. MAYS, JR.
                                    UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:04-CV-02419 was distributed by fax, mail, or direct printing on September 28, 2005 to the parties listed.

---

Victor I. Fleitas
LAW OFFICE OF VICTOR FLEITAS
P.O. Box 7117
Tupelo, MS 38802--711

Richard Brotchner
2321 Windy Oaks Dr.
Germantown, TN 38139

Jay L. Grytdahl
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Rd.
Bldg. B, 3rd fl, Comat 7103
Memphis, TN 38125--880

Honorable Samuel Mays
US DISTRICT COURT