IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ulw D.C.

05 DEC -9 PM 5: 35

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

RICHARD BROTCHNER,

    Plaintiff,

VS.                                     NO. 04-2419-MaP

FEDERAL EXPRESS CORP.,

    Defendant.

---

ORDER GRANTING MOTION FOR ADDITIONAL TIME TO RESPOND

---

Before the court is the plaintiff's November 30, 2005, unopposed motion requesting an extension of time within which to file a response to the defendant's motion for summary judgment. For good cause shown, the motion is granted. The plaintiff shall have additional time to and including December 28, 2005, within which to file a response.

It is so ORDERED this 8th day of December, 2005.

                        SAMUEL H. MAYS, JR.
                        UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance 12-13-05

28

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:04-CV-02419 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

Victor I. Fleitas
LAW OFFICE OF VICTOR FLEITAS
P.O. Box 7117
Tupelo, MS 38802--711

Richard Brotchner
2321 Windy Oaks Dr.
Germantown, TN 38139

Jay L. Grytdahl
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Rd.
Bldg. B, 3rd fl, Comat 7103
Memphis, TN 38125--880

Honorable Samuel Mays
US DISTRICT COURT